LAW OFFICES OF
# STEPHEN TURANO

sturano@turanolaw.com

| | |
|---|---|
| 275 MADISON AVENUE<br>35TH FLOOR<br>NEW YORK, NY 10016 | 60 PARK PLACE<br>SUITE 1101<br>NEWARK, NJ 07102 |
| TEL (917) 594-5666<br>FAX (917) 594-5667 | TEL (973) 648-6777<br>FAX (917) 594-5667 |

REPLY TO NEW JERSEY OFFICE

March 23, 2022

<u>By ECF</u>
The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Application GRANTED. Sentencing is hereby ADJOURNED to **June 16, 2022, at 3:15 p.m.** The Clerk of Court is directed to terminate Doc. #641. SO ORDERED.

*[signature]*

March 24, 2022

Re:   <u>United States v. Andre Curry</u>
       Docket No. 20 Cr. 135 (JMF)

Dear Judge Furman:

    I represent Andre Curry, who is scheduled to be sentence on April 19, 2022. I anticipate needing an additional two months to obtain all records relevant to Mr. Curry's mitigation. Accordingly, I request a 60-day adjournment of Mr. Curry's sentencing date. The Government does not object to my adjournment request.

                Respectfully,

                /s/ *Stephen Turano*

                Stephen Turano

cc:  All Counsel of Record (by ECF)