LAW OFFICES OF

# STEPHEN TURANO

———

sturano@turanolaw.com

275 MADISON AVENUE
35TH FLOOR
NEW YORK, NY 10016

———

TEL (917) 594-5666
FAX (917) 594-5667

60 PARK PLACE
SUITE 1101
NEWARK, NJ 07102

———

TEL (973) 648-6777
FAX (917) 594-5667

———

REPLY TO NEW JERSEY OFFICE

May 27, 2022

By ECF
The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Application GRANTED. The Clerk of Court is
directed to terminate Doc. #684. SO ORDERED.

May 27, 2022

Re:   United States v. Andre Curry
        Docket No. 20 Cr. 135 (JMF)

Dear Judge Furman:

I represent Andre Curry, who is scheduled to be sentence on June 16, 2022. I request until June 5, 2022, to submit Mr. Curry's sentencing memorandum. The Government does not object to my request.

Respectfully,

/s/ *Stephen Turano*

Stephen Turano

cc:  All Counsel of Record (by ECF)