LAW OFFICES OF
# STEPHEN TURANO

sturano@turanolaw.com

| | |
|---|---|
| 275 MADISON AVENUE<br>35TH FLOOR<br>NEW YORK, NY 10016 | 60 PARK PLACE<br>SUITE 1101<br>NEWARK, NJ 07102 |
| TEL (917) 594-5666<br>FAX (917) 594-5667 | TEL (973) 648-6777<br>FAX (917) 594-5667 |

REPLY TO NEW JERSEY OFFICE

June 6, 2022

By ECF
The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

*The Court will address this request on the record at sentencing. The Clerk of Court is directed to terminate ECF No. 691. SO ORDERED.*

*/s/ Jesse M. Furman*
*June 7, 2022*

   Re:  United States v. Andre Curry
        Docket No. 20 Cr. 135 (JMF)

Dear Judge Furman:

  I request leave to file redacted versions of the sentencing memorandum for Andre Curry and the supporting mitigation report. The redactions contain medical information and relate diagnoses for Mr. Curry and several of his family members. Pursuant to Your Honor's Individual Rule 10B, the redactions are "narrowly tailored" to protect Mr. Curry and his family's privacy regarding the medical issues only and are "otherwise consistent with the presumption in favor of public access to judicial documents." *See* Judge Furman's Individual Rule 11B.

               Respectfully,

               /s/ *Stephen Turano*

               Stephen Turano

cc: All Counsel of Record (by ECF)