LAW OFFICES OF
# STEPHEN TURANO

sturano@turanolaw.com

| | |
|---|---|
| 275 MADISON AVENUE<br>35TH FLOOR<br>NEW YORK, NY 10016 | 60 PARK PLACE<br>SUITE 1101<br>NEWARK, NJ 07102 |
| TEL (917) 594-5666<br>FAX (917) 594-5667 | TEL (973) 648-6777<br>FAX (917) 594-5667 |

June 21, 2022

By ECF
The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Application GRANTED. The Clerk of Court is directed to terminate Doc. #695. SO ORDERED.

*[signature]*

June 21, 2022

        Re:    United States v. Andre Curry
                   Docket No. 20 Cr. 135 (JMF)

Dear Judge Furman:

      Given Andre Curry's particular needs and to best accomplish the purpose of rehabilitation, I respectfully request that the Court recommend Mr. Curry serve his sentence at a facility with at least a Care Level 2 for mental-health care and that offers the Residential Drug Abuse Program ("RDAP"). Based on my research, in the Northeast Region, FCI Danbury or FCI Fairton satisfy this request.

      I thank the Court for the opportunity to submit this request.

                                                  Respectfully,

                                                  /s/ *Stephen Turano*

                                                  Stephen Turano

cc: All Counsel of Record (by ECF)